AO 247 (Rev. 11/11:CASD 05/15) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ARTURO JULIAN GALVIN (32) | ) | Case No: 19-CR-1787-BAS |
| | ) | USM No: 72183061 |
| Date of Original Judgment: 02/14/2022 | ) | |
| Date of Previous Amended Judgment: | ) | PAYAM FAKHARARA OF FEDERAL DEFENDERS, INC. |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   EIGHTY-FOUR (84)   months **is reduced to**   SEVENTY-EIGHT (78)   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   02/14/2022   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   05/10/2024

*Judge's signature*: Cynthia Bashant

Effective Date: _____
*(if different from order date)*

HONORABLE CYNTHIA BASHANT
*Printed name and title*